••  •

111111111 1111111 11111111111

# COMPLAINT

**(for non-prisoner filers without lawyers)**



U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2016 FEB -1  P 3: 48

JON W. SANFILIPPO
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

(Full name of plaintiff(s))

**Steven james Herod**

**315 n 95th street**

**mil, wis  53225**

v.

(Full name of defendant(s))

**Judge Mark D Gundrum and 3ppl**

**Atty Donna J Kuchler**

**Laura Lau, Comm.Of, T Wagner**

Case Number:

**16-C-0117**

(to be supplied by Clerk of Court)

---

A.  **PARTIES**

1.   Plaintiff is a citizen of **Wisconsin** _____ and resides at
          (State)

**315n95th Street, Millwaukee Wi, 53225**

          (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant **Mark D Gundrum and 3 people**

                                                        (Name)

is (if a person or private corporation) a citizen of **Waukesha Wisconsin**

(State, if known)

and (if a person) resides at **201 Delafield and 515 Morland Road**

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Waukesha court and Waukesha police dept.**

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Judge Mark D Gundrum, Court Comm,Laura Lau, Waukesha County Court House

Atty Donna J Kuchler 1535 East Racine Avenue Waukesha Wi, 53187

Thomas wagner of the waukesha city police department

Thomas wagner on 11/30/2009 arrested me by information given to him by an unkn

own informants.

DUE PROSESS CLAUSE OF THE 5TH AND 14TH AMENDMENT

ON MONDAY NOVEMBER 30TH, 2009 I was arrested and on june 2nd 2010

Charges were filed against me by the district attorney bar 1074252.

The state violated my state and federal constitution by not bringing me into court

within 48 hours after the arrest, SEE EXIBIT (1) Initial Appearance.

Complaint – 2

## ABUSE OF DISCRETION, VIOLATING MY 4TH 5th AND 14TH AMENDMENT.

Judge Mark D Gundrum sentencing judge convicted me on a false allegation that the

district attorney Andria M Will filed, therefore Judge Gundrum sentenced me

on false information, with no probable cause. It was the Judged responsibility to

find probable cause, it was the Judges responcibility to find it on the complaint,

but there was no Judges endorsement to file charges, against me therefore the

criminal complaint lacked personal jurisdiction and subject matter jurisdiction.

See the Criminal Complaint, exhibit (2).

## THE 8TH AND THE 14TH AMENDMENT

Due to the arrest , the waukesha sheriffs department strip searches.The state conviction

to prison where numerous strip searches occured, aproxametely (40) other strip searche

s.many facilities, insulting , discriminate, violating my human rights, and degrading me to

a low self esteem, embarresing, and recklessly ruinning my life.

.

C.  JURISDICTION

☑  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want the court to award me $10 Million,Expunge my record, having to do with this

case and any subsiquent case pertaining to this case or garnered from issues arising

from this case. Immediate release from probation and parole.

E.   JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___28th___ day of _____january_____ 20_16_.

Respectfully Submitted,

_Steven J Herod_
Signature of Plaintiff

_Steu J Herod_

Plaintiff's Telephone Number

**414-514-6306**

Plaintiff's Email Address

**herodsteven47@gmail.com**

_315ᴺ 95th street mil wis 53225_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

MINDY M LAVALLE
Notary Public
State of Wisconsin

State of _Wisconsin_ County of _Waukesha_
Subscribed and sworn before me on _Jany 29, 2016_
(Date)

_(signature)_
(Notary Signature)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.