# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

STEVEN JAMES HEROD,

        Plaintiff,

v.

JUDGE MARK GUNDRUM,
DONNA J. KUCHLER, LAURA LAU,
and THOMAS WAGNER,

        Defendants.

Case No. 16-CV-117-JPS

**JUDGMENT**

Decision by Court. This action came on for consideration before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action be and the same is hereby DISMISSED without prejudice.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

May 18, 2016
Date

s/Nancy A. Monzingo
By: Deputy Clerk